IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

**SARAH E. SPIERS,**

    **Plaintiff,**

v.                                                                                Civil Action No. 3:21cv536

**EQUITYEXPERTS.ORG, LLC,**

    **Defendant.**

## ORDER

The Court hereby ORDERS that, upon consent of the parties, this action shall be REASSIGNED to United States Magistrate Judge Mark R. Colombell. The Court further ORDERS that the Initial Pretrial Conference scheduled on the undersigned's docket for 1:30p.m. on December 15, 2021 is hereby cancelled.

The Clerk is directed to send a copy of this Order to Magistrate Judge Colombell.

It is SO ORDERED.

                                                                       /s/
                                              M. Hannah Lauck
Date: 12/7/2021                              United States District Judge
Richmond, Virginia